MEF:TJS:JL
F.#2005R00536

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

MICHAEL MAGGIO and JOSEPH YOUNG,

    Defendants.

- - - - - - - - - - - - - - - - -X

**M-06- 107**

AFFIDAVIT IN SUPPORT
OF APPLICATION FOR
ARREST WARRANTS

(T. 18, U.S.C., § 1952)

EASTERN DISTRICT OF NEW YORK, SS:

    NORA CONLEY, being duly sworn, deposes and says that she is a Supervisory Special Agent with the Federal Bureau of Investigation, and duly appointed according to law and acting as such.

    Upon information and belief, on or about January 27, 2006, within the Eastern District of New York and elsewhere, the defendants MICHAEL MAGGIO and JOSEPH YOUNG, together with others, did travel in interstate commerce with intent to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on an unlawful activity, to wit: arson in violation of New York Penal Law Section 150.10, and thereafter did perform an unlawful activity, to wit: arson in violation of New York Penal Law Section 150.10.

    (Title 18, United States Code, Section 1952).

2

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I have been a Special Agent of the Federal Bureau of Investigation ("FBI") for approximately 11 years and a Supervisory Special Agent of the FBI for approximately a year and a half. My information comes from interviews with a cooperating witness and conversations with law enforcement officials.

2. A cooperating witness, who has provided reliable information to the government in this and other investigations, which has been independently corroborated by FBI, advises:

   a. On or about January 27, 2006, defendants MICHAEL MAGGIO and JOSEPH YOUNG and others formulated a plan to set fire to a house located in Staten Island, New York.

   b. In the early morning hours of January 27, 2006, the defendants MICHAEL MAGGIO and JOSEPH YOUNG and others met in Staten Island, New York. The defendants and others then drove to New Jersey, where they obtained gasoline in red plastic cans.

   c. After obtaining the gasoline, the defendants MICHAEL MAGGIO and JOSEPH YOUNG and others drove to the vicinity

---

[1] Because the purpose of this affidavit is merely to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware in this investigation.

of 215 Hamden Avenue, Staten Island, New York. With the defendant MICHAEL MAGGIO and others acting as lookouts for law enforcement, the defendant JOSEPH YOUNG used the gasoline to set fire to the house at 215 Hamden Avenue.

3. Law enforcement and fire officials who responded to the scene in the early morning hours of January 27, 2005, advise:

a. There was a fire at the house at 215 Hamden Avenue, which caused damage to the house.

b. An individual was present inside the house at the time of the fire and thereafter was taken to the hospital to treat his injuries.

c. A red plastic gasoline can was recovered at the scene near the house.

4

WHEREFORE, your deponent respectfully requests that the Court issue a warrant for the arrest of the defendants MICHAEL MAGGIO and JOSEPH YOUNG so that he may be dealt with according to law.

NORA CONLEY
Supervisory Special Agent
Federal Bureau of Investigation

Sworn to before me this
27th day of January 2006

LB

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK